ORIGINAL

CAI_ShiZhong.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 0 5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHI ZHONG CAI, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 98-00197 <br><br> PETITION TO REMIT SPECIAL ASSESSMENT FEE AND FINE <br> [18 U.S.C. § 3573] |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee and fine earlier imposed upon Defendant SHI ZHONG CAI and in support hereof, states as follows:

1. On January 7, 1999, sentence was imposed by this Court against Defendant SHI ZHONG CAI. Among other things, a $100.00 special assessment fee and a $3,000.00 were ordered. Interest continues to accrue on the fine at the legal interest rate of 4.545 percent. The total amount now owed by said Defendant as of December 30, 2005 is $3,994.74.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, SHI ZHONG CAI, was deported to China on July 19, 2002. See Exhibit "A."

//

3. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

4. The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee and fine will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

5. The interests of justice mitigate in favor of remission of the unpaid special assessment fee and fine.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee and fine imposed upon Defendant.

DATED this 5th day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

```
DAXLO21                 DACS CASE CLOSURE LOOK SCREEN              DATE: 12/19/2005
                                                                   TIME: 23:19:23

         A-NUM : 075252626           LAST-NAME : CAI
         NATLTY: CHINA               FIRST-NAME: SHI ZHONG

   DATE-DOCKET-CLEARED: 07/21/2002        DEPART-CLEARED-STAT: 6

      TRANSFER-TO-DCO:                    DATE-DOCKET-TRANSFER:

      DATE-DEPARTED: 07/19/2002              PORT-DEPARTED: AGA

      DEPART-COUNTRY: CHINA      FINAL-CHARGE: RI6E     EXPENSE-CODE: 1




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

EXHIBIT A