# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHI ZHONG CAI,<br><br>Defendant. | CRIMINAL CASE NO. 98-00197<br><br>**O R D E R**<br><br>Re: United States Petition to Remit Special Assessment Fee and Fine |

Based upon the Plaintiff's Petition to Remit the Special Assessment Fee and Fine, the Court hereby finds that for the reasons stated in the Plaintiff's Petition, reasonable efforts to collect the fine and special assessment fee are not likely to be effective. Likewise, the Court finds that it is in the interests of justice to remit the defendant's unpaid special assessment fee and fine including any interest that has accrued to date. Accordingly, the Court orders that the defendant's fine and special assessment fee inclusive of any interest or penalties are remitted.

**SO ORDERED** this 6th day of January, 2006.

Honorable Francis Tydingco-Gatewood
Designated Judge, District Court of Guam

ORIGINAL