# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>vs.<br><br>Shi Zhong Cai,<br><br>          Defendant. | Case No. 1:98-cr-00197<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order re Petition to Remit Special Assessment Fee and Fine filed January 6, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*January 9, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Order re Petition to Remit Special Assessment Fee and Fine filed January 6, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 9, 2006                                        /s/ Leilani R. Toves Hernandez
                                                                                                        Deputy Clerk